probable jurisdiction and set case for oral argument. ██

No. 82–288. KLEINER ET AL. *v.* SANDERSON ET AL. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question. JUSTICE BLACKMUN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. 